HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
GARY HULSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-CR-0232 JAM |
| Plaintiff, | |
| vs. | **ORDER TERMINATING SUPERVISED RELEASE** |
| GARY HULSEY, | |
| Defendant. | |

The Court has read and considered Mr. Hulsey's motion for early termination of supervised release and the government's statement of non-opposition. The Court hereby GRANTS the motion and terminates the term of supervised release pursuant to 18 U.S.C. § 3583(e)(1).

IT IS SO ORDERED.

Dated: November 6, 2013      /s/ John A. Mendez
                             HON. JOHN A. MENDEZ
                             United States District Court Judge